09 CRIM 678

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -v.-                         :     INFORMATION
                                     :
MICHAEL JIN,                         :     09 Cr.
    a/k/a "AYBFM,"                   :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

On or about March 20, 2009, in the Southern District of New York and elsewhere, MICHAEL JIN, a/k/a "AYBFM," the defendant, unlawfully, willfully, and knowingly, did advertise, promote, present, distribute, and solicit an obscene visual depiction of a minor engaging in sexually explicit conduct through the mails, and using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, an obscene visual depiction of a minor engaging in sexually explicit conduct, to wit, JIN knowingly advertised and promoted child pornography by forwarding an Internet webpage address within an Internet Relay

Chat private message that he knew contained images of child pornography from a computer located in Bronx County, New York.

(Title 18, United States Code, Sections 2252A(a)(3)(B)(i) and 2.)

*Lev L. Dassin*
LEV L. DASSIN
Acting United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL JIN,
a/k/a "AYBFM,"

Defendant.

INFORMATION

09 Cr.

(18 U.S.C. §§ 2252A(a)(3)(B)(i) and 2.)


LEV L. DASSIN
Acting United States Attorney.